UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-20843-UU

UNITED STATES MEDICAL SUPPLY, LLC.,

    Plaintiff,

vs.

A2Z HOME MEDICAL SUPPLIES, INC.,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Plaintiff, UNITED STATES MEDICAL SUPPLY, LLC., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action *without prejudice* as to Defendant, A2Z HOME MEDICAL SUPPLIES, INC. and states that all parties shall bear their own attorneys' fees and costs.

                By: /s/ Michael D. Stewart____
                Florida Bar Number 12457
                ms@themiamilaw.com
                200 S.E. 1st Street, Suite 701
                Miami, FL 33131
                Telephone:  (305) 590-8909
                Fax:  (305)415-9920

                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY on this 6th day of June, 2016 that a true and correct copy of the foregoing has been furnished by electronic mail (email) at designation Edward S. Polk, Esq., edward.polk@csklegal.com and Jeanne K. Spital, Esq., jeanne.spital@csklegal.com, Counsel for Defendant A2Z Home Medical Supplies, Inc.; either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

                                  By: /s/  Michael D. Stewart
                                               Florida Bar Number 12457
                                               ms@themiamilaw.com
                                               200 S.E. 1st Street, Suite 701
                                               Miami, FL 33131
                                               Telephone:  (305) 590-8909
                                               Fax:  (305)415-9920

                                               Attorneys for Plaintiff